UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-918-CR-SEITZ

UNITED STATES OF AMERICA,       )
                                )
    v.                          )
                                )
PATRICK ELDIRA,                 )
                                )
            Defendant.          )
_____)

## ORDER DENYING MOTION TO CORRECT SENTENCE

This matter is before the Court on Defendant's Motion to Correct Sentence by a Person in Federal Custody, Per 18 U.S.C. § 3582(c) and First Step Act [DE 292]. The government has filed a response [DE 293] and Defendant, through counsel, has filed two Supplements to his Motion [DE 296 & 297-2]. Defendant seeks a two month reduction in his sentence, which would make him eligible for immediate release. Both the government and Probation maintain that Defendant is not eligible for relief under the First Step Act, which gives the Court discretion to reduce a sentence under certain circumstances. The Court will not address whether Defendant can obtain relief under the First Step Act because, assuming that Defendant could, the Court declines to grant such relief.

Currently, Defendant is scheduled to be released to a halfway house on June 20, 2019 and his release date is set for July 23, 2019, according to the Bureau of Prisons' website. If the Court were to grant Defendant's motion he could be released immediately, without spending time at the halfway house. The Court believes that both Defendant and society will be better served if Defendant serves the remainder of his sentence in a halfway house, as he is scheduled to do.

Prior to his conviction, Defendant had a lengthy criminal history and during his incarceration Defendant had numerous disciplinary issues. Consequently, the Court believes that Defendant will benefit from the more gradual reentry into society that a halfway house offers. Accordingly, it is

ORDERED that Defendant's Motion to Correct Sentence by a Person in Federal Custody, Per 18 U.S.C. § 3582(c) and First Step Act [DE 292] is DENIED.

DONE and ORDERED in Miami, Florida, this 10 day of June, 2019.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record